0020805 638

EXHIBIT "A" - Legal Description

BEGINNING for the same on the North side of Lanamar Road (50 feet wide) at the Southeast corner of Lot No. 9, Block D as shown on the Plat of Section No. 2 B Forest Hills as filed among the Land Records of Baltimore County in Plat Book EHS No. 29, folio 57, and running thence from said beginning and binding on the North side of said road, as proposed to be extended, with the use thereof in common with others entitled thereto, the two following courses and distances Easterly by a line curving to the North with with a radius of 825.00 feet for a distance of 40.20 feet, and South 84 degrees 25 minutes 04 seconds East 89.49 feet to the end of the third or South 5 degrees 34 minutes 56 seconds West 188.45 foot line of that tract of land which by deed dated January 31, 1963, and recorded among the Land Records of Baltimore County in Liber EHS No. 4139, folio 320, etc. was conveyed by George W. Ellis, widower, to Paul Douglas Rouiller and wife, thence leaving the North side of said Lanamer Road, as proposed to be extended, and binding on said third line reversely North 5 degrees 34 minutes 56 seconds East 188.45 feet to the beginning thereof and to the southern outline of Lot No. 10, Block D as shown on the Plat of Section No. 2 A Forest Hills as filed among the Land Records of Baltimore County in Plat Book WJR No. 27, folio 130, and running thence binding on said outline South 85 degrees 19 minutes 11 seconds West 108.61 feet to the Northeast corner of said Lot No. 9, Block D, Section No. 2 B Forest Hills, filed as aforesaid, thence binding on the Easternmost outline of said Lot No. 9, Block D, as shown on said Plat South 13 degrees 19 minutes 19 seconds West 149.04 feet to the place of beginning. Containing .4831 acres of land more or less.