EXHIBIT "C"

# NOTICE OF INTENT TO FORECLOSE
*Pursuant to Real Property Article, §7-105.1, Annotated Code of Maryland*

YOU ARE RECEIVING THIS NOTICE BECAUSE YOU ARE CURRENTLY IN DEFAULT ON YOUR MORTGAGE LOAN. IF YOU DO NOT PAY WHAT IS OWED AND CURE THIS DEFAULT, WE MAY SELL YOUR PROPERTY AT A FORECLOSURE SALE. PLEASE READ THIS NOTICE CAREFULLY.

| | |
|---|---|
| Date of Notice: | October 26, 2009 |
| Address of Property Subject to this Notice: | 3711 Lanamer Rd<br>Randallstown, MD 21133 |
| Name of Borrower(s): | Cherri Ell Phillips |
| Mailing Address of borrowers: | n/a |
| Name of Record Owner (if different from Borrower): | |
| Mailing Address of Record Owner (if different from Borrower): | |
| Mortgage Loan Number: | 0325226652 |
| Lien Position: | 1 |
| Date of Most Recent Loan Payment Received: | June 1, 2009 |
| Period to Which Most Recent Mortgage Loan Payment was Applied: | June 2009 |
| Date of Default: | July 1, 2009 |
| Total Amount Required to Cure Default: | $10,102.47 as of October 23, 2009 |
| Name of Secured Party: | Wells Fargo Bank, National Association, as Trustee under Pooling and Servicing Agreement dated as of August 1, 2006 Securitized Asset-Backed Receivables LLC Trust 2006-HE1 Mortgage Pass-Through Certificates, Series 2006-HE1 |
| Telephone Number of Secured Party: | (410) 884-2052 |
| Name of Loan Servicer: | Barclays Capital Real Estate, Inc., dba HomEq Servicing |
| Telephone Number of Servicer: | (866) 822-1471 |

Your loan payment is currently 147 days past due and is in default.

Please contact Torey Anderson at (866) 822-1471 ext 3699 immediately upon your receipt of this Notice.

You may avoid foreclosure by doing the following: paying the total amount owed on the mortgage loan, paying off the loan, etc. If you are unable to pay the total amount owed,

*THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

7005 0390 0004 6095 4862

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions